475

PER CURIAM.

(No. 75-CC-681—

FONTAINBLEAU HOTEL, Claimant, *vs.* STATE OF ILLINOIS,
SECRETARY OF STATE, Respondent.

*Opinion filed April 9, 1975.*

FONTAINBLEAU HOTEL, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E.
WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 75-CC-718—

P. H. BROUGHTON & SONS, INC., Claimant, *vs.* STATE OF
ILLINOIS, CAPITAL DEVELOPMENT BOARD, Respondent.

*Opinion filed April 9, 1975.*

P. H. BROUGHTON & SONS, INC., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E.
WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.